JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LACK,<br>      Plaintiff<br>   v.<br>DR. POSNER, et al.,<br>      Defendants. | Case No. 2:22-cv-02955-RGK (GJS)<br><br>**JUDGMENT** |

   Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

   IT IS HEREBY ADJUDGED THAT the above-captioned action is dismissed with and without prejudice as set forth in the foregoing Order.

DATE: June 1, 2023

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE